■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDA CARPENTER, Appellant. [618 NYS2d 561] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rappaport, J.), rendered April 16, 1991, convicting

her of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence adduced at the trial in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620, 621), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The sentence imposed was not unconstitutional or excessive *(see, People v Suitte,* 90 AD2d 80). Sullivan, J. P., Balletta, Lawrence and Florio, JJ., concur.